UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND, WISCONSIN LABORERS
DRUG FUND and JOHN J. SCHMITT (in his
capacity as Trustee),

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

WISCONSIN LABORERS INDUSTRY
ADVANCEMENT PROGRAM FUND,

WISCONSIN LABORERS DISTRICT COUNCIL,

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF CARPENTERS
HEALTH FUND, NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS VACATION FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATIVE TRUST FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS DEFINED CONTRIBUTION PENSION FUND and
BRIAN GENTRY (in his capacity as Trustee),

CONTRACT ADMINISTRATION FUND,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

    Plaintiffs,
 v.                    Case No. 11-C-1139

UNITED CONSTRUCTION, INC.,

    Defendant.

**ORDER FOR JUDGMENT**

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant United Construction, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant United Construction, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, attorney fees, and costs.

4. The Court assesses the total damages to the Plaintiffs in the sum of $147,609.38.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship and Training Fund, Wisconsin Laborers Drug Fund, John J. Schmitt, Wisconsin Laborers-Employers Cooperation and Education Trust Fund, Wisconsin Laborers Industry Advancement Program Fund, Wisconsin Laborers District Council, North Central States Regional Council of Carpenters Pension Fund, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters Vacation Fund, North Central States Regional Council of Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperative Trust Fund, North Central States Regional Council of Carpenters Defined Contribution Pension Fund, Brian Gentry, Contract Administration Fund and North Central States

Regional Council of Carpenters in the amount of $147,609.38 together with interest at the rate allowed by law.

Dated this  1st  day of March, 2012.

BY THE COURT

s/ William C. Griesbach
William C. Griesbach
U. S. District Court Judge